UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JAMES MELVIN,<br>        Petitioner, | )<br>)<br>) | Case No. 10-cr-30017-NMG |
| v. | )<br>) | |
| UNITED STATES OF AMERICA,<br>        Respondent. | )<br>)<br>)<br>) | |

**GOVERNMENT'S MOTION FOR ORDER REGARDING WAIVER OF ATTORNEY-CLIENT PRIVILEGE AND WORK PRODUCT PROTECTION AND FOR EXTENSION OF TIME**

The United States asks this Court to enter an order regarding waiver of attorney-client privilege and work product protection in connection with the Section 2255 Petition filed by defendant James Melvin on January 12, 2017. The United States further asks this Court to extend the deadline for the government's response by four weeks, from January 23 to February 7, 2017, so that the government has an opportunity to communicate with Melvin's trial attorney about his decision making and client communications during the trial phase, obtain affidavits from them, and draft a responsive pleading incorporating that information.

*FACTUAL AND PROCEDURAL BACKGROUND*

On May 20, 2010, a federal grand jury in the District of Massachusetts charged the defendant James Melvin ("the defendant" or "Melvin") in a one-count indictment with distribution and possession with intent to distribute five or more grams of cocaine base in violation of 21 U.S.C. §841(a)(1). Melvin was tried before a jury beginning on November 28, 2011 (Gorton, J., presiding). On December 1, 2011, the jury returned a guilty verdict on the single count in the

*Motion allowed. /s/ NMGorton, USDJ 3/24/17*

1