Case 3:10-cr-30017-NMG   Document 252-1   Filed 01/19/17   Page 1 of 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JAMES MELVIN, | ) | Case No. 10-cr-30017-NMG |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

**ORDER**

James Melvin has filed a motion under 28 U.S.C. § 2255 alleging that his trial counsel provided ineffective assistance of counsel by failing to call a potential defense witness and by providing deficient advice.  In light of this motion, the Court orders the following:

1.    Melvin has waived the attorney-client and work product privilege as to information relevant to this ineffective assistance claim.

2.    Trial counsel shall disclose to the government all documents and information reasonably necessary to respond to Melvin's Section 2255 motion.

3.    Trial counsel shall provide the government with one or more affidavit responding to the claims set forth in this motion.

4.    The date for the government to respond to Melvin's petition is continued to February 27, 2017.

Dated: __March 24,__ 2017

Nathaniel M. Gorton
Hon. Nathaniel M. Gorton
U.S. District Court Judge